UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- v. -

IRVING RUBIN,
  a/k/a "Joseph Rubin,"
YEHUDA RUBIN,
  a/k/a "Yidel Rubin,"
PINCHUS GLAUBER,
MARTIN KOFMAN,
JOEL KOPPEL,
  a/k/a "Yoel Koppel,"
  a/k/a "Joel Kopple,"
BENZION KRAUS,
  a/k/a "Benzion Krauz,"
  a/k/a "Benzion Krause,"
HERMAN MAUSKOPF,
ABRAHAM RUBIN,
DESIREE RUBIN,
  a/k/a "Henchy Rubin,"
JACOB RUBIN,
  a/k/a "Yaakov Rubin,"
JOEL RUBIN,
  a/k/a "Yoel Rubin,"
RACHEL RUBIN,
  a/k/a "Ruchy Rubin,"
RIFKA RUBIN,
  a/k/a "Sura Rubin,"
RIVKY RUBIN,
  a/k/a "Rivka Rubin," and
SAMUEL RUBIN,
  a/k/a "Shaye Rubin,"

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GOVERNMENT'S FORFEITURE
<u>BILL OF PARTICULARS</u>

14 Cr. 741 (KMK)

      Pursuant to <u>United States</u> v. <u>Grammatikos</u>, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the

offenses described in Counts One through Twenty-One of the Indictment, as alleged in the Forfeiture Allegations and the Substitute Assets Provision in the Indictment, includes but is not limited to the following:

    a.    Up to $21,002.67 in funds on deposit in account number 704742-1211 at Capital One, held in the name of 374 South 5th, LLC; and

    b.    Any and all funds on deposit in account number 1500302506 at Signature Bank, held in the name of 374 South 5th, LLC.

Dated: New York, New York
December 3, 2014

Respectfully Submitted,

PREET BHARARA
United States Attorney

By:     /s/
EDWARD B. DISKANT
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel.: (212) 637-2294